# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOLLAND, H. Russel | District of Alaska | 11/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
222 West 7th Avenue - Unit 54
Anchorage, Alaska 99513

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 11/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLLAND, H. Russel** | 11/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CMS Energy | B | Dividend | K | T | | | | | |
| 2. Nordstrom, Inc. | A | Dividend | K | T | | | | | |
| 3. Merrill Lynch (formerly MS Liquid Asset Fund) | A | Dividend | L | T | | | | | See Note / Section VIII |
| 4. Chitina, Alaska, Lot | | None | J | W | | | | | |
| 5. First National Bank Alaska | A | Interest | L | T | | | | | |
| 6. Bank of America / Portland, Oregon | A | Interest | J | T | | | | | |
| 7. Pepsico | B | Dividend | K | T | | | | | |
| 8. Allianz Valumark II Var. Annuity <Header> [Lines 9 through 14, incl.] | | | | | | | | | |
| 9. --AZL Mid Cap Index Fund C1 | A | Dividend | J | T | | | | | |
| 10. --Franklin Rising Dividends VIP | A | Dividend | K | T | | | | | |
| 11. --AZL Russell 1000 Growth Idx C1 | A | Dividend | K | T | | | | | |
| 12. --AZL International Index C1 | A | Dividend | J | T | | | | | |
| 13. --Franklin Mutual Shares VIP | A | Dividend | J | T | | | | | |
| 14. --Franklin Income VIP Fund | A | Dividend | J | T | | | | | |
| 15. ML Bank Deposit Program | A | Dividend | J | T | | | | | |
| 16. Yum Brands (formerly Tri-Global Restaurant) | A | Dividend | J | T | | | | | |
| 17. Yum China (YUMC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Income Fund | D | Dividend | M | T | | | | | |
| 19. Hewlett Packard, Inc. | A | Dividend | J | T | | | | | |
| 20. HP Enterprises | A | Dividend | J | T | | | | | |
| 21. Boeing Co. | A | Dividend | K | T | | | | | |
| 22. Northrim Bank | B | Dividend | K | T | | | | | |
| 23. Caterpillar, Inc. | A | Dividend | K | T | | | | | |
| 24. MetLife Common Stock | A | Dividend | J | T | | | | | |
| 25. Trust #1 [Lines 26 through 45 inclusive]: (H) | | | | | | | | | |
| 26. --Merrill Lynch (fornerly MS Bank <and> formerly MSDWActive Assets) | A | Interest | M | T | | | | | See Note / Section VIII |
| 27. --Coca Cola Co. | B | Dividend | K | T | | | | | |
| 28. Alphabet Inc CLA (GOOGL) | | None | L | T | Sold (part) | 12/09/20 | K | E | |
| 29. --Alphabet Inc. CLC (GOOG) | | None | L | T | | | | | |
| 30. --Intel Corp. | A | Dividend | K | T | | | | | |
| 31. --Johnson & Johnson | C | Dividend | M | T | | | | | |
| 32. --Microsoft Corp. | A | Dividend | L | T | | | | | |
| 33. --3M Company | B | Dividend | L | T | | | | | |
| 34. --Novartis AG ADR | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Proctor & Gamble | B | Dividend | L | T | | | | | |
| 36. --Eaton Vance / Muni. Bond | A | Dividend | K | T | | | | | |
| 37. --Exelon Corp. | A | Dividend | K | T | | | | | |
| 38. --Abbott Laboratories (ABT) | A | Dividend | K | T | | | | | |
| 39. --ABBVIG (ABBV) | B | Dividend | K | T | | | | | |
| 40. --Apple Inc. | B | Dividend | M | T | Sold (part) | 12/09/20 | K | E | |
| 41. --Franklin OR / tax free [trust] | B | Interest | L | T | | | | | |
| 42. --Schlumberger (SLB) | A | Dividend | | | Sold | 12/09/20 | J | A | |
| 43. --Kayne Anderson (KYN) | A | Dividend | | | Sold | 12/09/20 | K | A | |
| 44. --Alcon (ALC) | | None | J | T | | | | | |
| 45. --Pro Shares Ultra Pro | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 46. Comcast Corp. | A | Dividend | J | T | | | | | |
| 47. One Point, f/k/a Portland Teachers Cr.Union - savings A/C | A | Interest | J | T | | | | | |
| 48. Met Life - whole life | A | Interest | J | T | | | | | |
| 49. Met Life - whole life | A | Interest | J | T | | | | | |
| 50. Americo Financial Life - whole life | A | Interest | L | T | | | | | |
| 51. American General - whole life | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | American General - whole life | A | Interest | K | T | | | | | |
| 53. | Canada Life - whole life | A | Interest | J | T | | | | | |
| 54. | MONY - whole life | A | Interest | J | T | | | | | |
| 55. | Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 56. | ML Personal Advisor Multi-Asset Sector ETF Portfolio | C | Dividend | N | T | | | | | |
| 57. | Alaska Communications Systems | A | Dividend | J | T | | | | | |
| 58. | GCI Liberty (formerly General Communications) | | None | K | T | | | | | |
| 59. | First National Bank Alaska | B | Dividend | K | T | | | | | |
| 60. | Franklin Oregon Tax Free Fund [personal] | C | Interest | M | T | | | | | |
| 61. | Blackrock Global Allocation (IRA account) | A | Dividend | J | T | | | | | |
| 62. | Blackrock - Blackrock Advantage | A | Dividend | J | T | | | | | See Note / Section VIII |
| 63. | Northrim Bank (CDs) | A | Interest | K | T | | | | | |
| 64. | Northrim Bank ~ Checking Accounts | A | Interest | N | T | | | | | |
| 65. | Angel Oak Multi-Strategy (repurchase) | B | Dividend | K | T | Buy | 01/07/20 | K | | |
| 66. | Brighthouse Financial, Inc., Stock | | None | J | T | | | | | |
| 67. | Micro FCS Int. | | None | J | T | | | | | |
| 68. | DXC Technology Co. | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. GCI Liberty CUM PFO | A | Dividend | J | T | | | | | |
| 70. Prospecta Am. | A | Dividend | J | T | | | | | |
| 71. Campbell Soup (CPB) | A | Dividend | J | T | | | | | |
| 72. General Mills (GIS) | A | Dividend | K | T | | | | | |
| 73. AT&T (T) | A | Dividend | J | T | | | | | |
| 74. I Shares Core S&P 500 | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 75. | A | Dividend | | | Sold | 06/11/20 | J | A | |
| 76. Alaska Teacher' Retirement System | A | Interest | J | T | | | | | See Note / Section VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLLAND, H. Russel** | 11/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII / Lines 3 & 26:  These entries represent a transfer of funds from one account to another.

Section VII / Lines 61 & 62:  Blackrock accounts; two accounts, previously reported as one.

Section VII / Line 76:  Alaska Teachers' Retirement System; Notice of 06/30/20 reflecting retirement account, which was believed to have been cashed out prior in 1986.  There have been no contributions or withdrawals since about 1986.  The account was lost in UAA (University of Alaska) accounting until June 30, 2020.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ H. Russel HOLLAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544